**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CYNTHIA E. BROOKS,

    Plaintiff,

v.                                      Case No: 8:13-CV-429-T-30EAJ

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) (Dkt. 8). Upon review and consideration, it is

**ORDERED AND ADJUDGED**:

1. The Unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) (Dkt. #8) is GRANTED.

2. This case is REMANDED for further administrative action.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 3, 2013.

                                                                  JAMES S. MOODY, JR.
                                                                  UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Odd\2013\13-cv-429.remand.wpd